**STATE of Missouri, Respondent,**

v.

**Norman Lee BENSON, Appellant.**

**No. WD 38075.**

Missouri Court of Appeals,
Western District.

Dec. 16, 1986.

Karl L. Madden, Jr., Moberly, for appellant.

Diane Lynn Painer, Asst. Pros. Atty., Moberly, for respondent.

Before GAITAN, P.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM.

Direct appeal of a conviction of driving while intoxicated, in violation of § 577.010 RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).